# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>QUIST, GORDON J. | 2. Court or Organization<br><br>DISTRICT CT-WESTERN DIST. MICH | 3. Date of Report<br><br>05/14/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>482 GRAND RAPIDS FORD FEDERAL COURTHOUSE<br>110 MICHIGAN NW<br>GRAND RAPIDS MI 49503-2363 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/14/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/2/2015 | CHARLES SCHWAB & CO.-IRA DISTRIBUTION-NORMAL | $11,273.58 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| QUIST, GORDON J. | 05/14/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK CASH ACCOUNT | A | Interest | J | T | | | | | |
| 2. CHASE BANK CASH ACCOUNT | A | Interest | J | T | | | | | |
| 3. NORTHWEST MUTUAL LIFE INS (WHOLE LIFE) | B | Dividend | M | T | | | | | |
| 4. INDEPENDENT BANK CASH ACCOUNT | A | Interest | | | Closed | 12/3/15 | J | | |
| 5. MACATAWA BANK CASH ACCOUNTS | A | Interest | J | T | Open | 12/05/15 | K | | |
| 6. (H) BROKERAGE ACCT #2 | | | | | | | | | |
| 7. - SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 8. - SOUTHWEST GAS CORP COM (SWX) | B | Dividend | K | T | | | | | |
| 9. - MACATAWA BANK CORP (MCBC) | A | Dividend | J | T | | | | | |
| 10. - VERIZON COMMUNICATIONS (VZ) | B | Dividend | K | T | | | | | |
| 11. - DTE ENERGY COMPANY (DTE) | A | Dividend | K | T | | | | | |
| 12. - VANGUARD DIV GROWTH FD (VDIGX) | C | Dividend | L | T | | | | | |
| 13. -TRANSCANADA CORP F (TRP) | A | Dividend | K | T | | | | | |
| 14. -GUGGENHEIM EXCH TRD FD MULTI ASSET INCOME ETF (CVY) | B | Dividend | K | T | | | | | |
| 15. (H) BROKERAGE ACCT #1 | | | | | | | | | |
| 16. -SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 17. -SCH US DIV EQUITY ETF (SCHD) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/14/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -CHEVRON CORPORATION | A | Dividend | | | Sold | 09/21/15 | J | | |
| 19. -ROYAL BK CDA MONTREAL F | A | Dividend | | | Sold (part) | 02/02/15 | K | | |
| 20. | | | | | Sold | 06/30/15 | K | | |
| 21. -VANGUARD DIV GROWTH FD (VDIGX) | A | Dividend | J | T | | | | | |
| 22. -ISHARES TR CORE HIGH (HDV) | B | Dividend | K | T | | | | | |
| 23. -ISHARES TR INTL | A | Dividend | | | Sold | 09/21/15 | J | | |
| 24. -VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 25. (H) BROKERAGE ACCT #3 | | | | | | | | | |
| 26. - SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 27. - SCHWAB US DIV EQUITY ETF (SCHD) | A | Dividend | J | T | | | | | |
| 28. -VANGUARD DIV GROWTH FD (VDIGX) | A | Dividend | J | T | | | | | |
| 29. (H) BROKERAGE ACCT #4 | | | | | | | | | |
| 30. -SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 31. -VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | | | | | |
| 32. -GENTEX CORP (GNTX) | A | Dividend | J | T | | | | | |
| 33. -ROYAL BK CDA MONTREAL F (RY) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/14/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/14/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **GORDON J. QUIST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544